# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| DELIA RODRIGUEZ,<br><br>      Plaintiff,<br>v.<br><br>SEATTLE SERVICE BUREAU, INC., et al.,<br><br>      Defendants. | Civil Action No.  18-17095(MCA)<br><br>**ORDER ADMINISTRATIVELY TERMINATING ACTION** |

It appearing that this matter is currently stayed pending disposition of a Third Circuit ruling;

**IT IS** on this 19th day of February, 2020,

**ORDERED** that the Clerk administratively terminate the action on his records, without prejudice to the right of the parties to reopen the proceedings for good cause shown.

 s/Madeline Cox Arleo
UNITED STATES DISTRICT JUDGE